David L. Evans (State Bar No. 155634)
Rebecca L. Worden (State Bar No. 270464)
**HAMRICK & EVANS, LLP**
111 Universal Hollywood Drive, Suite 2200
Universal City, California 91608
Telephone No.: (818) 763-5292
Fax No.: (818) 763-2308
Attorneys for Plaintiffs
AMERICEUTICALS, LLC and
VITALITY INSTITUTE MEDICAL
PRODUCTS, INC.

Thomas A. Hodge (Tennessee BPR No. 002074)
**BAKER DONELSON BEARMAN,**
**CALDWELL & BERKOWITZ, PC**
265 Brookview Centre Way, Suite 600
Knoxville, TN 37919
Attorneys for Plaintiff
AMERICEUTICALS, LLC



FILED
CLERK, U.S. DISTRICT COURT
JAN 1 4 2013
CENTRAL DISTRICT OF CALIFORNIA
BY            DEPUTY

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

AMERICEUTICALS, LLC, a Georgia Limited Liability Company; VITALITY INSTITUTE MEDICAL PRODUCTS, INC., a Florida Limited Liability Company,

          Plaintiffs,

    v.

NAFEH SEBAI, an individual; BELLA MEDICAL PRODUCTS, LLC, a Delaware Limited Liability Company; SEAGRASS PHARMACY, a business entity form unknown; and DOES 1 through 10, inclusive,

          Defendants.

Case No.:

(Case assigned to) **CV13-00283-PA (JEM)**

**COMPLAINT FOR:**

1. **TRADEMARK INFRINGEMENT, SECTION 32 OF LANHAM ACT (15 U.S.C. § 1114);**
2. **UNFAIR COMPETITION, SECTION 43 OF LANHAM ACT (15 U.S.C. § 1125);**
3. **COMMON LAW TRADEMARK INFRINGEMENT;**
4. **FALSE ADVERTISING, CAL. BUS. & PROF. CODE § 17500, ET SEQ.;**
5. **UNFAIR COMPETITION, CAL. BUS. & PROF. CODE § 17200, ET SEQ.;**
6. **INTENTIONAL INTERFERENCE WITH PROSPECTIVE ECONOMIC ADVANTAGE; AND**
7. **ACCOUNTING.**

**DEMAND FOR JURY TRIAL**

-1-
COMPLAINT

HAMRICK & EVANS, LLP

1        Plaintiffs AMERICEUTICALS, LLC ("Americeuticals") and VITALITY

2   INSTITUTE MEDICAL PRODUCTS, INC. ("Vitality") hereby allege against

3   Defendants, and each of them, as follows:

4   **JURISDICTION AND VENUE**

5       1.    Plaintiffs file this action against Defendants for trademark infringement

6   under the Lanham Trademark Act of 1946, 15 U.S.C. § 1051, et seq. (the "Lanham

7   Act") as well as related claims of unfair competition, false advertising, trademark

8   infringement, misappropriation, and contractual interference under the statutory and

9   common law of the State of California.

10       2.    This Court has subject matter jurisdiction over the Federal trademark

11   infringement and false advertising claims pursuant to 15 U.S.C. §§ 1121, and 28

12   U.S.C. §§ 1331 and 1338. This Court has supplemental jurisdiction over the related

13   State trademark infringement, false advertising, unfair competition, and contractual

14   interference claims pursuant to 28 U.S.C. § 1367.

15       3.    Venue is proper in the United States District Court for the Central

16   District of California under 28 U.S.C. § 1391. This action arises out of wrongful and

17   tortious acts, including, without limitation, dissemination of false statements,

18   misappropriation of properties, and marketing, offering for sale, selling, and

19   distributing infringing products by Defendants within this judicial district, as well as

20   throughout the State of California.

21       4.    Defendants' tortious and wrongful acts described herein are regular,

22   systematic, and continuous in this judicial district, and, upon information and belief,

23   Defendants derive substantial revenue from goods marketed, sold and used as a

24   result of such acts in this judicial district and throughout the State of California.

25   Defendants' unlawful acts and omissions alleged herein are directly related to the

26   claims alleged by Plaintiffs, making personal jurisdiction over each of the

27   Defendants appropriate.

28

-2-<br>COMPLAINT

1

**PARTIES**

2      5.      Plaintiff Americeuticals, LLC ("Americeuticals") is and was at all

3   times mentioned herein a Limited Liability Company organized and existing under

4   the laws of the State of Georgia with an office and principal place of business

5   located at 5356 Reynolds Street, Suite 505, Savannah, Georgia 31405.

6      6.      Plaintiff Vitality Institute Medical Products, Inc. ("Vitality") is a

7   corporation duly organized and existing under the laws of the State of Florida and

8   qualified to do business and doing business in the State of California, with an office

9   and principal place of business located at 844 Alton Road, Miami Beach, Florida,

10  and a California office located at 1558 10th Street, Santa Monica, California 90401.

11     7.      Upon information and belief, Defendant Nafeh Sebai ("Sebai") is an

12  individual residing and doing business in the State of California, County of Los

13  Angeles, and is the owner, member and principal of Defendant Bella Medical

14  Products LLC.

15     8.      Upon information and belief, Defendant Bella Medical Products LLC

16  ("Bella") is a Limited Liability Company organized and existing under the laws of

17  the State of Delaware and qualified to do business and doing business in the State of

18  California, with a principal business address of 8844 W. Olympic Blvd., Suite 200,

19  Beverly Hills, California 90211.

20     9.      Upon information and belief, Defendant Seagrass Pharmacy is a

21  business entity form unknown located and doing business in Beverly Hills,

22  California 90211, and is the pharmacy that compounds the infringing "PERFECT

23  PEEL" products marketed and sold by Defendants Sebai and Bella.

24     10.     Upon information and belief, there is an identity and unity of interests

25  between Defendant Bella and its owner, Defendant Sebai, such that any separateness

26  between them has ceased to exist and that adhering to the "fiction" of separate

27  existence of Bella and Sebai would, under the particular circumstances, promote

28  injustice. Namely, upon information and belief, Sebai is the sole owner, member and

HAMRICK & EVANS, LLP

-3-
COMPLAINT

decision-maker of Bella and has exercised complete dominion over the management and operation of Bella, has treated assets of Bella as his own, has wrongfully diverted assets of Bella to himself, and has comingled his own personal funds with those of Bella, all in violation of Bella's Limited Liability Company form. As a result, Defendant Sebai should be regarded as the alter ego of Defendant Bella and it would promote injustice to recognize Bella as an entity separate and distinct from Sebai.

11.    Plaintiffs are presently unaware of the true names and capacities of the Defendants sued herein as Does 1-30, inclusive, and therefore sue these Defendants by such fictitious names. Plaintiffs will seek leave of this Court to amend this Complaint to state their true names and capacities when ascertained. Plaintiffs are informed, believe, and thereon allege that each fictitiously named Defendant is responsible in some manner for the occurrences alleged herein and the damages proximately caused thereby.

12.    Plaintiffs are informed, believe, and thereon allege that at all times relevant to this action, each of the Defendants, including Does 1-30, was an agent, servant, or employee of each of the other Defendants.  In conducting the activities alleged in this Complaint, each of the Defendants was acting within the course and scope of this agency, service, or employment, and was acting with the consent, permission, and authorization of each of the other Defendants. All actions of each of the Defendants alleged in this Complaint were ratified and approved by every other Defendant or their officers or managing agents. Alternatively, each of the Defendants aided, conspired with and/or facilitated the alleged wrongful conduct of each of the other Defendants.

13.    Plaintiffs are informed, believe, and thereon allege that all times relevant herein, each of the Doe Defendants, 1-30 inclusive, knew or reasonably should have known of the acts and behavior alleged herein and the damages caused thereby, and by their inaction ratified and encouraged such acts and behavior.

1  Plaintiffs further allege that all Defendants, including Does 1-30, inclusive, had and

2  have a non-delegable duty to prevent or cause such acts and the behavior (as

3  applicable) and to prevent the harms to Plaintiffs described herein, which duty

4  Defendants, including Does 1-30, inclusive, have failed and/or refused to perform.

5       14.    Whenever in this complaint an act or omission of a corporation, limited

6  liability company or business entity is alleged, the allegation shall be deemed to

7  mean and include an allegation that the corporation, limited liability company or

8  business entity acted or omitted to act through its authorized officers, directors,

9  members, managers, agents, servants, and/or employees, acting within the course

10  and scope of their duties, and that the act or omission was authorized and/or ratified

11  by the officers, directors, members and/or managers of the corporation, limited

12  liability company or business entity.

13  ## NATURE OF ACTION

14       15.    Plaintiffs seek injunctive relief, damages, and a declaratory judgment

15  due to Defendants' unfair competition with Plaintiffs arising from Defendants'

16  willful and ongoing infringement, misappropriation and dilution of the trademark

17  owned by Plaintiff Americeuticals under which Plaintiff Vitality is licensed.

18  Defendants' willful acts have directly and substantially impacted Plaintiffs' rights as

19  well as Plaintiffs' ability to maintain consumer satisfaction and to control their

20  reputations and goodwill within the community. In this regard, it is noteworthy that

21  most, if not all, of the infringing items addressed in this Complaint and its

22  attachments were presented in a confusingly deceptive manner, are of inferior

23  quality when compared to the authentic products of Plaintiffs, and are priced and

24  marketed in such a way that the implication to the buying public and industry

25  distributors is that these items are indeed genuine and related to Plaintiffs' products.

26  ## ALLEGATIONS COMMON TO ALL CAUSES OF ACTION

27       16.    Plaintiff Americeuticals is in the business of developing, marketing and

28  selling professional grade skin care products, including dermatological skin peels.

_HAMRICK & EVANS, LLP_

HAMRICK & EVANS, LLP

1   17. Plaintiff Americeuticals is the owner and registrant of United States

2 Trademark Registration No. 3,530,632 for the mark "PERFECT PEEL," which was

3 registered on the Principal Register of the United States Patent and Trademark

4 Office on November 11, 2008. A copy of the registration is attached hereto as

5 Exhibit "A."

6   18. Plaintiff Americeuticals obtained all right, title and interest in the

7 "PERFECT PEEL" trademark in or about March of 2011, upon the recordation with

8 the United States Patent and Trademark Office of an assignment of the entire

9 interest and goodwill in the mark from the prior owner and registrant,

10 Savannaceuticals LLC, a now-defunct company which was owned by E.R. Finger,

11 M.D., a plastic surgeon who also owns Plaintiff Americeuticals. A copy of the

12 assignment evidence from the United States Patent and Trademark Office is

13 attached hereto as Exhibit "B."

14   19. Plaintiff Americeuticals, through its assignor and affiliate

15 Savannaceuticals LLC, first began using in commerce the mark "PERFECT PEEL"

16 in connection with its line of dermatological skin care products in or about October

17 of 2000, and has been continuously using the "PERFECT PEEL" trademark in

18 commerce since this time in connection with its pharmaceutical grade skin treatment

19 and skin peel products which it markets and sells under the registered trademark

20 "PERFECT PEEL." Attached hereto as Exhibit "C" are examples of Plaintiff

21 Americeuticals' use of the registered "PERFECT PEEL" trademark in commerce.

22   20. Plaintiff Vitality Institute Medical Products, Inc. is in the business of

23 developing, marketing, and selling skin care and dermatological skin peel products.

24 Pursuant to a license agreement with Plaintiff Americeuticals, LLC, Plaintiff

25 Vitality is the exclusive licensee and (other than Plaintiff Americeuticals) is the

26 exclusive authorized user in commerce of the registered U.S. trademark "PERFECT

27 PEEL."

28

HAMRICK & EVANS, LLP

21.    Plaintiffs possess the lawful right to use the "PERFECT PEEL" mark to the exclusion of all others, including Defendants. Plaintiff Americeuticals continues to have the right to use the "PERFECT PEEL" mark.

22.    In or about early 2012, Plaintiff Americeuticals discovered that Defendants Sebai and Bella Medical Products, Inc. were, without permission, using its registered trademark "PERFECT PEEL" as the name of their own dermatological skin peel products, and as the name for their company website "www.theperfectpeel.com" which Defendants use to advertise, market and sell their competing skin care products. Screen shots of Defendants' website content for their infringing "PERFECT PEEL" products are attached hereto as Exhibit "D." Defendants have also marketed and promoted their infringing "PERFECT PEEL" products on nationwide network television, including ABC. The mark being wrongfully used in commerce by Defendants is identical to Plaintiffs' registered mark, and is being used by the Defendants in connection with exactly the same class of goods (skin care products) as Plaintiffs' products.

23.    At no time prior to using the "PERFECT PEEL" mark for their own purposes did Defendants request, much less obtain, permission from Plaintiff Americeuticals to use the "PERFECT PEEL" mark in any fashion whatsoever. As such, any and all use by Defendants of the "PERFECT PEEL" trademark is without the consent or permission of the registered owner, Plaintiff Americeuticals, and is contrary to Plaintiffs' exclusive right to use the mark in commerce.

24.    By letter dated May 30, 2012, counsel for Plaintiff Americeuticals sent a cease and desist letter to Defendants Sebai and Bella demanding: that Defendants immediately cease and desist with their infringing use of the "PERFECT PEEL" mark in connection with any of the goods or services offered by Defendants; that Defendants execute and deliver to Americeuticals an assignment of the domain name "www.theperfectpeel.com" and authorization to transfer the domain name; that Defendants destroy all products and printed materials bearing the "PERFECT

-7-
COMPLAINT

1   PEEL" mark and provide certification of such destruction; and that Defendants

2   provide an accounting of all units sold and revenues derived from Defendants' sales

3   of products under the mark "PERFECT PEEL." A copy of this cease and desist

4   letter is attached hereto as Exhibit "E." Despite the cease and desist letter,

5   Defendants Sebai and Bella have nonetheless continued with their unauthorized and

6   infringing use of the "PERFECT PEEL" trademark on their products, on their

7   website, and in their marketing and advertising materials, all of which is contrary to

8   Plaintiffs' rights in the mark.

9       25.    At the present time, Defendants continue to engage in their

10  unauthorized use of the "PERFECT PEEL" trademark and will, on information and

11  belief, continue to do so unless and until restrained by this Court.

12      26.    Furthermore, Defendants Sebai and Bella advertise on their website

13  that their infringing "PERFECT PEEL" product is "compounded by Seagrass

14  Pharmacy, Beverly Hills, CA 90211 for Bella Medical Products" (See Exhibit "D"

15  hereto). However, on information and belief, the California State Board of

16  Pharmacy has no record of any duly licensed pharmacy named "Seagrass Pharmacy"

17  that is authorized to conduct the business of a pharmacy in the State of California,

18  the California Secretary of State has no records of any business entity using the

19  name "Seagrass Pharmacy," and the Los Angeles County Clerk has no record of any

20  fictitious business name filing for that name. As such, this constitutes false

21  advertising by Defendants to the extent they are representing to the public that their

22  infringing "PERFECT PEEL" product is compounded by a proper California

23  pharmacy when such is apparently not the case. Such misrepresentation tends to

24  reflect a lack of quality control and product safety for Defendants' infringing

25  "PERFECT PEEL" products thereby further tarnishing and diluting the value and

26  goodwill of the registered "PERFECT PEEL" mark which only Plaintiffs are

27  lawfully permitted to use.

28

HAMRICK & EVANS, LLP

-8-
COMPLAINT

HAMRICK & EVANS, LLP

27.     In addition, Defendants advertise on their website that their formula for the "PERFECT PEEL" is "exclusive" to Bella Medical Products when on information and belief this is not the case. Namely, the formulation for Defendants' "PERFECT PEEL" product is the same or virtually identical to the dermatological skin peel product developed and sold by Defendant Sebai's former employer, Plaintiff Vitality.

28.     The infringing use by Defendants of the "PERFECT PEEL" mark in connection with Defendants' skin care and skin peel products is likely to cause consumer confusion as to the origin and source of the skin care and skin peel products manufactured and sold by Plaintiffs, on the one hand, and the skin care and skin peel products manufactured and sold by the Defendants, on the other hand.

## FIRST CLAIM FOR RELIEF

### Trademark Infringement, Section 32 of Lanham Act (15 U.S.C. § 1114)

### (Against All Defendants)

29.     Plaintiffs repeat and incorporate by reference paragraphs 1 through 28 of this Complaint as though fully set forth herein.

30.     Section 32(1) of Lanham Act (15 U.S.C. §1114(1)) provides in pertinent part that "Any person who shall, without the consent of the registrant, use in commerce any reproduction, counterfeit, copy, or colorable imitation of a registered mark in connection with the sale, offering for sale, distribution, or advertising of any goods or services on or in connection with which such use is likely to cause confusion, or to cause mistake, or to deceive . . . shall be liable in a civil action by the registrant. . . ."

31.     As the lawful registrant of the "PERFECT PEEL" trademark, Plaintiff Americeuticals owns and has the exclusive right to use in commerce, and to license others such as Plaintiff Vitality to use in commerce, the "PERFECT PEEL" trademark, which mark is properly registered with the United States Patent and Trademark Office. In connection with these exclusive rights, Plaintiff

Americeuticals has granted an exclusive license to Plaintiff Vitality to use the "PERFECT PEEL" mark in commerce.

32.     The valid, registered and protected "PERFECT PEEL" mark has been continuously used in commerce, since its registration, by Plaintiff Americeuticals and its affiliated assignor Savannaceuticals LLC in connection with skin care and skin peel products developed, marketed, and sold by Plaintiff Americeuticals.

33.     By virtue of the distinctiveness of the "PERFECT PEEL" mark, and the use of such mark in commerce by Plaintiff Americeuticals, the trademark has come to identify Plaintiff Americeutical's skin care and skin peel products and to distinguish them from those of others, and has acquired secondary meaning in the marketplace.

34.     Defendants have unlawfully copied and reproduced the "PERFECT PEEL" mark verbatim, and have used their identical, counterfeit mark in commerce in connection with skin care and skin peel products marketed and sold by Defendants. Specifically, Defendants have used their identical, counterfeit mark in their advertising, on their website, and on their actual products, all of which is contrary to Plaintiffs' exclusive right to use the "PERFECT PEEL" mark in commerce.

35.     Prior to using the mark, Defendants never sought or obtained permission from the original registrant and assignor of the mark, Savannaceuticals LLC, or the current registered owner of the mark, Plaintiff Americeuticals, to use the "PERFECT PEEL" trademark in commerce.

36.     The danger of consumer confusion caused by Defendants' misappropriation of the "PERFECT PEEL" mark for which Plaintiff Americeuticals is the registered owner and Plaintiff Vitality is the exclusive licensee is especially high as the counterfeit mark used by Defendants is identical to Plaintiffs' mark, the class of goods marketed by Defendants is identical to the class of goods marketed by Plaintiffs, and such goods are marketed to similar consumers, including the medical

profession, through similar channels of distribution.

37. On information and belief, Defendants' use of the counterfeit "PERFECT PEEL" mark has in fact caused confusion, mistake, and deception among consumers of skin care and skin peel products.

38. On information and belief, Defendants acted intentionally, with knowledge of, and in willful and conscious disregard of Plaintiff Americeutical's rights in and to the "PERFECT PEEL" trademark, and continue to do so to this day. Upon information and belief, each of the Defendants induced each other to infringe upon the "PERFECT PEEL" mark and the goodwill and name recognition associated therewith.

39. As a direct and proximate result of Defendants' acts, Defendants have been and will continue to be unjustly enriched by profits which Defendants have made in connection with the marketing and sale of goods bearing the infringing counterfeit mark and confusingly similar product descriptions.

40. As a direct and proximate result of Defendants' acts, Plaintiffs have suffered and will continue to suffer damages in amounts not yet determined. Additionally, Plaintiffs have incurred and will continue to incur liability for costs and attorneys' fees in seeking redress for the infringement and related damages caused by Defendants.

41. As a direct and proximate result of Defendants' acts, Plaintiffs have suffered and will continue to suffer irreparable injury, including injury to the value of the "PERFECT PEEL" trademark, injury to product identity, injury to control over goodwill and reputation, and injury to the ability to move into new markets.

42. Plaintiffs lack an adequate remedy at law for Defendants' infringing acts.

43. Defendants' infringing acts have irreparably harmed and damaged Plaintiffs and, upon information and belief, Defendants' unlawful conduct and the resulting harm and damage to Plaintiffs will continue unless and until enjoined by

this Court.

44.     Defendants' infringing use of the counterfeit "PERFECT PEEL" mark in commerce is knowing and intentional and is done in conscious disregard for the rights of Plaintiffs, justifying the trebling of Plaintiffs' damages or Defendants' profits, whichever is greater, an award of attorney's fees to Plaintiffs, and prejudgment interest from the date of filing of this Complaint through the date of entry of judgment, pursuant to 15 U.S.C. §1117(b).

## SECOND CLAIM FOR RELIEF

### Unfair Competition, Section 43 of Lanham Act (15 U.S.C. § 1125)

### (Against All Defendants)

45.     Plaintiffs repeat and incorporate by reference paragraphs 1 through 44 of this Complaint as though fully set forth herein.

46.     Section 43(a) of Lanham Act (15 U.S.C. §1125(a)(1)) provides in pertinent part that "Any person who, on or in connection with any goods or services, or any container for goods, uses in commerce any word, term, name, symbol, or device, or any combination thereof, or any false designation of origin, false or misleading description of fact, or false or misleading representation of fact, which is likely to cause confusion, or to cause mistake, or to deceive as to the affiliation, connection, or association of such person with another person, or as to the origin, sponsorship, or approval of his or her goods, services, or commercial activities by another person . . . shall be liable in a civil action by any person who believes that he or she is or is likely to be damaged by such act.

47.     By using an identical, counterfeit mark to describe and market Defendants' own competing skin care and skin peel products, Defendants Sebai and Bella have wrongfully misappropriated the "PERFECT PEEL" mark which is owned by Plaintiff Americeuticals, licensed to Plaintiff Vitality and lawfully used by Plaintiffs in commerce.

HAMRICK & EVANS, LLP

-12-
COMPLAINT

HAMRICK & EVANS, LLP

48.     Defendants' unauthorized use in commerce of the "PERFECT PEEL" mark falsely designates the origin of Defendants' products, misrepresents the nature of Defendants' products, and falsely suggests an association between Plaintiffs' skin care and skin peel products and Defendants' products, although no such association exists. Further, Defendants have falsely represented to consumers that they are the "exclusive" provider of this formulation when in fact the formulation for Defendants' products are not "exclusive" but rather are the same or virtually identical to the products sold by Plaintiffs. In fact, Defendant Sebai took the formulas for Defendants' infringing products from his former employer, Plaintiff Vitality. In addition, Defendants are representing to the public on their website (See Exhibit "D" hereto) that their infringing "PERFECT PEEL" product is compounded by a California pharmacy, which by law must be properly licensed, when on information and belief such is not the case. This misrepresentation suggests a lack of quality control and product safety for Defendants' infringing "PERFECT PEEL" products, all of which poses a danger to consumers, thereby serving to further tarnish and dilute the value and goodwill of the registered "PERFECT PEEL" mark.

49.     Defendants have deliberately created a likelihood of consumer confusion as to the origin, nature, quality and characteristics of Defendants' products, as well as the affiliation, connection, or association between Defendants and the authentic "PERFECT PEEL" products marketed and sold by Plaintiff Americeuticals. Specifically, upon information and belief, Defendants seek to, and have, deceived the public into mistakenly believing that the products marketed by Defendants are the authentic "PERFECT PEEL" products developed, marketed and sold exclusively by Plaintiff Americeuticals, and/or Defendants' skin care and skin peel products are affiliated with Plaintiffs' competing products, and/or that Plaintiffs sponsor or endorse Defendants' products, and/or that Defendants' products originate from the same source as Plaintiffs' products.

50. As a direct and proximate result of Defendants' acts of unfair competition by trademark infringement, false designation of origin, and false advertising, Defendants have been and will continue to be unjustly enriched by profits which Defendants have made as a result of consumer confusion relating to the origin and sponsorship of Defendants' skin care and skin peel products.

51. As a direct and proximate result of Defendants' acts of unfair competition, Plaintiffs have suffered and will continue to suffer damages in an amount to be determined at time of trial. Additionally, Plaintiffs have incurred and will continue to incur liability for costs and attorneys' fees in seeking redress for the acts of infringement and unfair competition, and related damages caused by Defendants.

52. As a direct and proximate result of Defendants' acts, Plaintiffs have suffered and will continue to suffer irreparable injury, including injury to the value of the registered "PERFECT PEEL" mark and the goodwill associated with products bearing this mark, their proprietary features, their product identity, their control over their goodwill and reputation, and their ability to move into new markets. Upon information and belief, unless and until Defendants are restrained and enjoined by this Court, their actions will continue to cause irreparable harm and injury to Plaintiffs.

53. Plaintiffs lack an adequate remedy at law for Defendants' acts of infringement and unfair competition.

54. Defendants' knowing and willful use of the registered "PERFECT PEEL" mark in a deliberate effort to benefit from consumer confusion between Defendants' misappropriated skin care and skin peel products and Plaintiffs' original skin care and skin peel products constitutes an "exceptional case" justifying trebling of Plaintiffs damages to afford just compensation, as well as an award of reasonable attorneys' fees, pursuant to 15 U.S.C. § 1117(a).

## THIRD CLAIM FOR RELIEF

### Common Law Trademark Infringement

### (Against All Defendants)

55.   Plaintiffs repeat and incorporate by reference paragraphs 1 through 54 of this Complaint as though fully set forth herein.

56.   Defendants' actions alleged herein constitute infringement of Plaintiffs' common law trademark rights in and to the registered "PERFECT PEEL" mark in violation of California law.

57.   Plaintiffs lack an adequate remedy at law for Defendants' acts of infringement.

58.   As a direct and proximate result of Defendants' actions alleged herein, Plaintiffs have suffered, and will continue to suffer, irreparable injury to their rights and substantial loss of goodwill, reputation, and value of the "PERFECT PEEL" mark unless and until Defendants are enjoined from continuing their wrongful acts.

59.   As a direct and proximate result of Defendants' acts alleged herein, Plaintiffs have been damaged in amounts not presently ascertained, and such damages will continue to increase unless and until Defendants are enjoined from continuing their wrongful acts.

60.   Defendants' conduct in this claim for relief is willful, wanton, malicious, oppressive, and in conscious disregard of Plaintiffs' rights in the trademark, justifying the imposition of punitive and exemplary damages under Cal. Civ. Code § 3294.

## FOURTH CLAIM FOR RELIEF

### False Advertising (Cal. Bus. & Prof. Code § 17500, et seq.)

### (Against All Defendants)

61.   Plaintiffs repeat and incorporate by reference paragraphs 1 through 60 of this Complaint as though fully set forth herein.

62.   Defendants' have advertised their products by using the registered and

-15-

protected "PERFECT PEEL" mark, deliberately and falsely conveying to consumers that Defendants and Defendants' products are in some way affiliated with Plaintiffs and Plaintiffs' products. There is no such affiliation whatsoever between Defendants and Plaintiffs and their respective products, Defendants use of the "PERFECT PEEL" mark in commerce is unauthorized, and Defendants and Plaintiffs are in fact direct competitors in the field of skin peel products.

63.     Defendants have further intentionally and falsely represented to consumers that they are the "exclusive" provider of the formulation contained in Defendants' products. However, this formulation is in fact the same or virtually identical to Plaintiff Vitality's proprietary formulation for its own skin peel products, which was taken by Defendant Sebai when he left the employ of Plaintiff Vitality and disclosed to Defendant Bella for purposes of starting a competing business. In addition, Defendants are representing to the public on their website that their infringing "PERFECT PEEL" product is compounded by a California pharmacy (Defendant Seagrass Pharmacy), which by law must be properly licensed, when such is apparently not the case.

64.     At all times relevant herein, Defendants knew or should have known that the representations set forth above were untrue and misleading. Upon information and belief, each of the Defendants has induced the others to make these false statements.

65.     Upon information and belief, Defendants' false statements in advertising to the public have misled consumers and induced them to purchase, directly or indirectly, Defendants' skin care and skin peel products. If such consumers had known that Defendants' products are not affiliated with Plaintiffs' products, or that Defendants' products do not in fact employ an "exclusive" formulation, or that Defendants' products were not compounded by a duly licensed California pharmacy, they would not have purchased Defendants' products.

66.   Plaintiffs lack an adequate remedy at law for Defendants' acts of false advertising.

67.   As a direct and proximate result of the acts of Defendants, Defendants have been and will continue to be unjustly enriched by profits that they have made in connection with the advertising, promotion and sale of Defendants' products.

68.   As a direct and proximate result of the acts of Defendants, Plaintiffs have suffered and will continue to suffer monetary damages in amounts not yet determined. Additionally, Plaintiffs have incurred and will continue to incur liability for costs and attorneys' fees in enforcing their exclusive rights to the "PERFECT PEEL" trademark.

69.   As a direct and proximate result of the acts of Defendants, Plaintiffs have suffered irreparable injury, including lost profits, injury to the value of the "PERFECT PEEL" mark and associated goodwill, damage to their product identity, and loss of control over their goodwill, reputation and ability to move into new markets. Upon information and belief, Plaintiffs will continue to suffer such irreparable injury unless and until Defendants are enjoined from continuing their wrongful acts.

## FIFTH CLAIM FOR RELIEF

### Unfair Competition (Cal. Bus. & Prof. Code § 17200, et seq.)

### (Against All Defendants)

70.   Plaintiffs repeat and incorporate by reference paragraphs 1 through 69 of this Complaint as though fully set forth herein.

71.   Defendants' acts of trademark infringement, false designation of origin, and false advertising, as set forth herein, are unlawful, unfair, fraudulent, deceptive, immoral, unethical, oppressive, unscrupulous, against public policy, and injurious to consumers. Upon information and belief, Defendants' misrepresentations to the public are part of a scheme to mislead consumers as to the nature, quality, characteristics, origin, and sponsorship of Defendants' products, and to induce

HAMRICK & EVANS, LLP

HAMRICK & EVANS, LLP

1   consumers to purchase, directly or indirectly, Defendants' products in reliance upon
2   these misrepresentations.
3       72.   Defendants' acts are likely to deceive reasonable consumers, and, upon
4   information and belief, have in fact deceived consumers, to the substantial detriment
5   of Defendants' lawful competitors in the skin care and skin peel product industry,
6   including Plaintiffs. The deception of consumers and the injury to Plaintiffs far
7   outweigh any conceivable benefits resulting from Defendants' false and misleading
8   business practices.
9       73.   As a direct and proximate result of Defendants' wrongful acts,
10  Plaintiffs have sustained and will continue to sustain injury, harm, and damage to
11  their business, reputation, public goodwill, and profits in an amount which cannot be
12  presently ascertained.
13      74.   As a further direct and proximate result of Defendants' wrongful acts,
14  Defendants have unlawfully derived income and profits and have been unjustly
15  enriched in an amount which cannot be determined without an accounting.
16      75.   Plaintiffs lack an adequate remedy at law for Defendants' acts of false
17  advertising.
18      76.   Defendants' acts have irreparably harmed and damaged Plaintiffs and,
19  upon information and belief, Defendants unlawful conduct and the resulting harm
20  and damage to Plaintiffs will continue unless and until enjoined by this Court.
21  ## SIXTH CLAIM FOR RELIEF
22  ### Intentional Interference With Prospective Economic Advantage
23  ### (Against All Defendants)
24      77.   Plaintiffs repeat and incorporate by reference paragraphs 1 through 76
25  of this Complaint as though fully set forth herein.
26      78.   Plaintiffs have valid business expectancies with their customers and
27  prospective consumers of the "PERFECT PEEL" line of skin care and skin peel
28  products. Plaintiffs had a reasonable probability of realizing financial benefit from

those customers and prospective consumers.

79.    Defendants were aware of Plaintiffs' business expectancies with their customers and prospective consumers of the "PERFECT PEEL" products.

80.    Upon information and belief, Defendants' acts of trademark infringement, false designation of origin, and false advertising, as set forth herein, are deliberately aimed at disrupting the economic relationships between Plaintiffs and their customers, and inducing "PERFECT PEEL" consumers and prospective consumers to rely upon Defendants' false and misleading representations and to purchase, directly or indirectly, Defendants products in lieu of Plaintiffs' products.

81.    Upon information and belief, as a direct and proximate result of Defendants' willful and deceptive acts, actual and prospective consumers of Plaintiffs' products have reduced their purchases of such products, have ceased ordering such products, or have otherwise elected not to purchase Plaintiffs' products, thus causing Plaintiffs to lose customers, sales, and profits.

82.    As a direct and proximate result of Defendants' wrongful acts, Plaintiffs have sustained and will continue to sustain injury, harm, and damage to their business, reputation, public goodwill, and profits in an amount which cannot be presently ascertained.

83.    As a further direct and proximate result of Defendants' wrongful acts, Defendants have unlawfully derived income and profits and have been unjustly enriched in an amount which cannot be determined without an accounting.

84.    Defendants' acts have irreparably harmed and damaged Plaintiffs and, upon information and belief, Defendants' unlawful conduct and the resulting harm and damage to Plaintiffs will continue unless and until enjoined by this Court.

85.    Defendants' conduct in this claim for relief is willful, wanton, malicious, oppressive, and in conscious disregard of Plaintiffs' rights in the trademark, justifying the imposition of punitive and exemplary damages under Cal. Civ. Code § 3294.

HAMRICK & EVANS, LLP

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

## SEVENTH CLAIM FOR RELIEF

### Accounting

### (Against All Defendants)

86.     Plaintiffs repeat and incorporate by reference paragraphs 1 through 85 of this Complaint as though fully set forth herein.

87.     Upon information and belief, between at least 2011 and the present, Defendants have undertaken numerous sales transactions with Plaintiffs' actual and prospective customers, and have received substantial profits from the sales of their products thereto.

88.     The amount of money thereby received by Defendants is unknown to Plaintiffs, and cannot be ascertained without an accounting by Defendants of the disbursements to and receipts from said customers. Nonetheless, Plaintiffs are informed and believe and based thereon allege that the amount owed is in a sum of not less than $1,000,000.00, and will continue to increase as Defendants make further sales to Plaintiffs' actual and prospective customers.

## PRAYER FOR RELIEF

WHEREFORE, Plaintiffs pray for judgment against Defendants, and each of them, as follows:

1.     That all of the Defendants, their officers, owners, members, shareholders, partners, employees, agents, representatives, attorneys and all persons acting or claiming to act on their behalf or under their direction or authority and all persons acting in concert or participation with the Defendants, be enjoined during the pendency of this action and thereafter perpetually from:

(a)     using the "PERFECT PEEL" trademark or any other confusingly similar mark in connection with the manufacture, production, marketing, advertising, distribution, offering for sale, or sale of goods not originating from Plaintiffs or authorized by Plaintiffs;

(b)     representing in any manner or by any method whatsoever that goods provided by Defendants are sponsored by, approved by, authorized by, or originate from Plaintiffs, or from otherwise taking any action likely to cause confusion, mistake or deception as to the origin, approval, sponsorship, or certification of such goods; and

(c)     unfairly competing with Plaintiffs in any manner;

2.     For an order requiring Defendants to file with the Court and serve upon Plaintiffs' counsel within thirty days after entry of the order of injunction, a report setting forth the manner and form in which Defendants have complied with the injunction;

3.     For an order requiring Defendants to provide notice to the public and to all customers and others with whom Defendants have been in contact, by means of letter or advertisement, as appropriate, notifying such persons of this lawsuit, and the injunctive decree rendered hereunder, and specifying that the Defendants are in no way associated or affiliated with Plaintiffs and publishing a retraction of the aforementioned false statements.

4.     For an order requiring Defendants to collect any and all counterfeit or infringing products, including those from all branch locations, related parties, and third parties, and requiring Defendants to turn over all such products to Plaintiffs' counsel or a party designated by Plaintiffs for destruction;

5.     For an order finding that, by the acts complained of herein:

(a)     Defendants have engaged in trademark infringement in violation of Section 32 of the Lanham Act, 15 U.S.C. § 1114, and that such conduct has been knowing and intentional;

(b)     Defendants have engaged in trademark infringement in violation of Section 43 of the Lanham Act, 15 U.S.C. § 1125, and that such conduct renders this an "exceptional case";

-21-
COMPLAINT

      (c)    Defendants have engaged in common law trademark infringement, and that such conduct has been willful and malicious;

      (d)    Defendants have engaged in false advertising under the common and statutory law of the State of California and California Business and Professions Code § 17500, et seq;

      (e)    Defendants have engaged in unfair business practices under the common and statutory law of the State of California and California Business and Professions Code § 17200, et seq; and

      (f)    Defendants have engaged in intentional interference with Plaintiff's prospective economic advantage, and that such conduct has been willful and malicious;

6.    For an order awarding compensatory damages to Plaintiffs, including, without limitation, all profits and other forms of unjust enrichment derived by Defendants and all actual damages suffered by Plaintiffs, in an amount according to proof at trial;

7.    For an order awarding treble damages to Plaintiffs, pursuant to 15 U.S.C. §1117 and California Business & Professions Code § 14250;

8.    For an order awarding attorneys' fees to Plaintiffs, pursuant to 15 U.S.C. §1117;

9.    For an order awarding prejudgment interest to Plaintiffs, pursuant to 15 U.S.C. §1117;

10.    For an order awarding punitive and exemplary damages to Plaintiffs, pursuant to Cal. Civ. Code § 3294;

11.    For an accounting by Defendants;

12.    For payment to Plaintiffs of the amount due from Defendants as a result of the accounting, and interest on that amount at the maximum legal rate;

13.    For an order awarding Plaintiffs all of their costs of suit;

14.    For an order awarding to Plaintiffs such other and further relief as the

HAMRICK & EVANS, LLP

1    Court may deem just and proper.

2

3    DATED:  January 11, 2013                    HAMRICK & EVANS, LLP

4

5                                          By: _____

6                                              DAVID L. EVANS
                                               REBECCA L. WORDEN
7                                              Attorneys for Plaintiffs
                                               AMERICEUTICALS, LLC and
8                                              VITALITY INSTITUTE MEDICAL
                                               PRODUCTS. INC.
9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

## DEMAND FOR JURY TRIAL

Plaintiffs AMERICEUTICALS, LLC and VITALITY INSTITUTE MEDICAL PRODUCTS, INC. hereby demand a jury trial on all issues as permitted by law.

DATED: January 11, 2013            HAMRICK & EVANS, LLP

By: _____

DAVID L. EVANS
REBECCA L. WORDEN
Attorneys for Plaintiffs
AMERICEUTICALS, LLC and
VITALITY INSTITUTE MEDICAL
PRODUCTS. INC.

HAMRICK & EVANS, LLP

# EXHIBIT "A"

Int. Cl.: 3

Prior U.S. Cls.: 1, 4, 6, 50, 51 and 52

Reg. No. 3,530,632

## United States Patent and Trademark Office

Registered Nov. 11, 2008

### TRADEMARK
### PRINCIPAL REGISTER

# PERFECT PEEL

SAVANNACEUTICALS, LLC (GEORGIA LIM-
ITED LIABILITY COMPANY)
5356 REYNOLDS STREET, SUITE 505
SAVANNAH, GA 31405

FOR: FACIAL TREATMENT KIT COMPRISED
OF PRE-PEEL CLEANSER, PRE-PEEL CONDITO-
NER, PEEL LOTION, PEEL NEUTRALIZER, AND
POST-PEEL MOISTURIZER , IN CLASS 3 (U.S. CLS.
1, 4, 6, 50, 51 AND 52).

FIRST USE 10-0-2000; IN COMMERCE 10-0-2000.

THE MARK CONSISTS OF STANDARD CHAR-
ACTERS WITHOUT CLAIM TO ANY PARTICULAR
FONT, STYLE, SIZE, OR COLOR.

OWNER OF U.S. REG. NO. 2,573,713.

NO CLAIM IS MADE TO THE EXCLUSIVE
RIGHT TO USE "PEEL", APART FROM THE MARK
AS SHOWN.

SER. NO. 77-440,583, FILED 4-4-2008.

ALEX KEAM, EXAMINING ATTORNEY

EXHIBIT "B"

| TRADEMARK ASSIGNMENT |
|---|

Electronic Version v1.1
Stylesheet Version v1.1

| SUBMISSION TYPE: | NEW ASSIGNMENT |
|---|---|
| NATURE OF CONVEYANCE: | ASSIGNS THE ENTIRE INTEREST AND THE GOODWILL |

**CONVEYING PARTY DATA**

| Name | Formerly | Execution Date | Entity Type |
|---|---|---|---|
| Savannaceuticals, LLC | | 11/04/2010 | LIMITED LIABILITY COMPANY: UNITED STATES |

**RECEIVING PARTY DATA**

| | |
|---|---|
| Name: | Americeuticals, LLC |
| Street Address: | 5356 Reynolds Street |
| Internal Address: | Suite 505 |
| City: | Savannah |
| State/Country: | GEORGIA |
| Postal Code: | 31405 |
| Entity Type: | LIMITED LIABILITY COMPANY: UNITED STATES |

**PROPERTY NUMBERS** Total: 5

| Property Type | Number | Word Mark |
|---|---|---|
| Registration Number: | 2181346 | NEW YOUTH |
| Registration Number: | 2181347 | NEW YOUTH |
| Registration Number: | 3202763 | INVISADERM |
| Registration Number: | 3202762 | INVISADERM |
| Registration Number: | 3530632 | PERFECT PEEL |

**CORRESPONDENCE DATA**

| | |
|---|---|
| Fax Number: | (404)221-6501 |

*Correspondence will be sent via US Mail when the fax attempt is unsuccessful.*

| | |
|---|---|
| Phone: | 404-577-6000 |
| Email: | atllp@bakerdonelson.com |
| Correspondent Name: | Baker Donelson |
| Address Line 1: | 3414 Peachtree Road, NE |
| Address Line 2: | Monarch Plaza, Suite 1600 |
| Address Line 4: | Atlanta, GEORGIA  30326 |

OP $140.00  2181346

| ATTORNEY DOCKET NUMBER: | 2171300-000001 |
| NAME OF SUBMITTER: | Carl M. Davis II |
| Signature: | /carl m. davis ii/ |
| Date: | 03/29/2011 |

Total Attachments: 2
source=2171300Assign1a#page1.tif
source=2171300Assign1a#page2.tif

## ASSIGNMENT

WHEREAS, Savannaceuticals LLC, a Georgia limited liability company, 5356 Reynolds Street, Suite 505, Savannah, Georgia 31405-6017 ("Assignor"), adopted and used the marks ("the Marks") listed on the attached Exhibit A and has obtained U.S. Federal registrations therefor; and

WHEREAS, Americeuticals LLC, a Georgia limited liability company, 5356 Reynolds Street, Suite 505, Savannah, Georgia 31405 ("Assignee"), is desirous of acquiring the Marks and the registrations thereof, together with the goodwill of the business symbolized by the Marks;

NOW, THEREFORE, for good and valuable consideration, the receipt and sufficiency of which is hereby acknowledged, Assignor does hereby assign unto Assignee, all of its right, title and interest in and to the Marks and the registrations, together with the goodwill of the business symbolized by the Marks, effective July 15, 2009, this ____4th____ day of October 2010.

November ELF/MTG

Savannaceuticals, LLC

Dr. E. Ronald Finger
Manager

**TRADEMARK**

Exhibit A

| Mark | Reg. No | Reg. Date |
|------|---------|-----------|
| NEW YOUTH | 2,181,346 | August 11, 1998 |
| NEW YOUTH | 2,181,347 | August 11, 1998 |
| INVISADERM | 3,202,763 | January 23, 2007 |
| INVISADERM | 3,202,762 | January 23, 2007 |
| PERFECT PEEL | 3,530,632 | November 11, 2008 |

USPTO Assignments on the Web

http://assignments.uspto.gov/assignments/q?db=tm&qt=sno&reel=&fr...





**United States Patent and Trademark Office**

Home | Site Index | Search | Guides | Contacts | eBusiness | eBiz alerts | News | Help

**Assignments on the Web > Trademark Query**

# Trademark Assignment Abstract of Title

**Total Assignments:** 1

Serial #: 77440583    Filing Dt: 04/04/2008    Reg #: 3530632    Reg. Dt: 11/11/2008

**Registrant:** Savannaceuticals, LLC

**Mark:** PERFECT PEEL

**Assignment:** 1

Reel/Frame: 4508/0938    Received: 03/29/2011    Recorded: 03/29/2011    Pages: 4

Conveyance: ASSIGNS THE ENTIRE INTEREST

Assignor: SAVANNACEUTICALS, LLC                    Exec Dt: 11/04/2010

Entity Type: LIMITED LIABILITY COMPANY

Citizenship: UNITED STATES

Assignee: AMERICEUTICALS, LLC                    Entity Type: LIMITED LIABILITY COMPANY

5356 REYNOLDS STREET                    Citizenship: UNITED STATES

SUITE 505

SAVANNAH, GEORGIA 31405

Correspondent: BAKER DONELSON

3414 PEACHTREE ROAD, NE

MONARCH PLAZA, SUITE 1600

ATLANTA, GA 30326

Search Results as of: 01/11/2013 03:28 PM

If you have any comments or questions concerning the data displayed, contact PRD / Assignments at 571-272-3350. v 2.3.2

Web interface last modified: July 10, 2012 v.2.3.2

| .HOME | INDEX | SEARCH | eBUSINESS | CONTACT US | PRIVACY STATEMENT

EXHIBIT "C"







# Perfect Peel

**Multi-Acid Peel**
For the Skin Care Professional

**Purchase your Perfect Peel Kit today!**
Your Cost: $90.00 • Profits over $2,185.00

**Benefits of your Perfect Peel Kit:**

- The **Perfect Peel** Kit costs you just $90.00
- You receive 35+ treatments per kit
- You can charge $65.00+ per treatment
- Your profit is $2,185.00 or more!

For a FREE sample & more information
contact Savannaceuticals, LLC at 800.868.9301
or visit our website at **www.newyouthskincare.com**



For face, neck, and hands

## Instructions for the Skin Care Professional

### CAUTION

Read all instructions and information thoroughly before using this product. Avoid contact with eyes and irritated skin. If contact with eyes occurs, rinse thoroughly with clear, cool water for at least 15 minutes. For external use only. Keep out of reach of children. Store at room temperature; avoid exposure to extreme temperature. **Perfect Peel is intended for use by professionals only.**

If you need additional information, you may contact Savannaceuticals, LLC at 1-800-540-5439.

### CONTENTS

The Perfect Peel may be used to complement the New Youth Skin Treatment System home use products as part of a comprehensive skin care program for your clients.

The Perfect Peel kit contains:
- one 2 oz. bottle of Perfect Peel Formula
- 15 double-tipped rayon applicators

This kit provides approximately 30-35 applications - depending upon the amount used per procedure (average estimated to be approximately 2mL) and number and scope of surface areas which are treated.

### CLIENT SELECTION

Perfect Peel may be used for clients just beginning their AHA treatment and clients who have received previous in-office peel treatments and clients. Clients with dry, oily, or combination skin types may be candidates for this treatment. Best results with Perfect Peel Formula may occur after a client has been using the home maintenance program, New Youth Skin Treatment System, for at least two weeks prior to their first treatment, and thereafter.

## CLIENT PRE-TREATMENT INSTRUCTIONS

- Client should not use retinoids or any other Vitamin A compound for at least 48 hours prior to treatment.
- Client should avoid any other procedures, such as facial waxing, or use of products such as self-tanning agents, scrubs, masks, or other exfoliating and potentially irritating treatments for at least 48 hours prior to treatment.
- Client should not undergo procedure if she or he has a breakout of cold sores, fever blisters, or herpes anywhere on the face.
- Perfect Peel should not be used on irritated or sun-burned skin.
- Clients should understand that the Perfect Peel treatment may be **part of a** comprehensive skin care program recommended by the Aesthetician which should include:
  - regular use of New Youth Skin Treatment System home use products
  - a series of five Perfect Peel treatments every 10-14 days, following once a month for maintenance
  - other skin care products and treatments as needed

## INSTRUCTIONS FOR APPLICATION

Be sure to have the following items before beginning:

- Cotton pads
- Small cup
- Timer
- Bowl of clean, cool water
- Band for hair control
- New Youth Hydrating Cleanser
- New Youth Moisturizer SPF 30
- Double-tipped rayon applicators

1. Cleanse skin with **New Youth Hydrating Cleanser.**
2. SHAKE the **Perfect Peel Formula** WELL BEFORE USING. Pour a small amount (approximately 2 mL) into a small cup. Using the supplied rayon applicator, dip end into the **Perfect Peel Formula** until saturated. Prevent dripping by rolling applicator against side of cup to remove excess solution.
   *Actual amount needed may vary depending upon number of areas treated.
3. Apply **Perfect Peel Formula** evenly to desired areas, beginning with the forehead and outer areas of the face and working toward the central portion of the face. If the neck, hands, or chest are to be treated, they can be addressed after the facial application is completed.

\* Note and record time.

---

## DO NOT LEAVE CLIENT UNATTENDED DURING THIS STEP!

The client's first treatment is usually timed 2-6 minutes. Timing will vary depending on client's skin type and their history of use with AHA products and treatments. Subsequent treatments may increase in duration by 2 minutes. Observe treated areas for erythema. **If excess erythema occurs, remove the Perfect Peel Formula with cool water immediately.**

4. Remove the **Perfect Peel Formula** from all areas that were treated using cotton pads dipped in cool water 3-4 times.
5. Apply **New Youth Moisturizer SPF 30** to all treated areas.

Client may apply makeup after treatment if desired.

## CLIENT POST-PEEL INSTRUCTIONS

- Client should use a moisturizer for the 1-2 days after treatment, a sun screen, and make-up (as desired).
- Client should avoid direct sun exposure and/or tanning bed after treatment.
- Client should avoid use of AHA products, retinoids or any other vitamin A products, clay masks, scrubs, facial waxing, or any other exfoliating products for 48 hours after treatment. In the absence of irritation, client may begin using home use AHA products two days after treatment.

## COMPLICATIONS

Complications with glycolic acid and peeling are rare. Potential complications which have been observed with glycolic acid peels include persistent erythema, superficial crusting, post-inflammatory hyperpigmentation, infection, scarring, and facial herpes simplex.[1]

Additionally, patients must be instructed to contact their physician immediately, if they experience complications.

# New Youth Medical Spa

*Where perfect skin begins.*

## Menu of Services

## Skin Care & Products

New Youth Skin Treatment System is a unique system of anti-inflammatories, nutrients, anti-glycation agents and antioxidants that was designed and formulated by Dr. Finger and several chemists to repair cell damage and penetrate deeper into the skin. Healthy cells produce healthy skin!

New Youth Acne Clear System products combine the most powerful non-prescription acne fighters available. They also help reduce sebum production in oily skin as well as provide antioxidant and astringent properties.

Mineral Mine Makeup is a weightless mineral powder foundation containing natural mineral pigments, freeze-dried vitamins A & E, green tea extract and a light lavender based aromatherapy. Fragrance and preservative free.

Latisse™ (bimatoprost ophthalmic solution) 0.03% is the first and only FDA approved prescription treatment to grow eyelashes, making them longer, thicker and darker.

### Gift Certificates

The New Youth Medical Spa is the perfect gift for any occasion! Purchase a gift certificate for any treatment, product or dollar amount.

### Cancellation Policy

Treatments are selected and reserved for your needs based upon availability. In order to best accommodate all guests, we require a 24-hour advance notification of changes and cancellations. Failure to notify us of changes and cancellations could result in a 50% cancellation charge for your treatment.

### Payment Policy

New Youth Medical Spa accepts all major credit cards, debit cards, cash and checks for all products and services.

### Gratuities

Gratuities are included in your service. No tipping please.

Monday – Thursday  8:00 a.m. – 5:00 p.m.
Friday  8:00 a.m. – 2:00 p.m.
By appointment only.
www.newyouthmedicalspa.com

(912) 354-1111 · (800) 866-9301

*Finger & Associates*

New Youth Medical Spa is affiliated with Finger & Associates Plastic Surgery Center

## Additional Treatments

### Visia Complexion Analysis

This system scans your skin and captures key information of six areas that affect your skin's health and appearance. It measures your pigmentation, pore size, porphyrins (evidence of bacteria), UV spots, photo damage (typically from sun damage), texture and wrinkles. With this assessment of your skin, we compare your skin's features to other individuals of the same sex, age and skin type and provide you with your relative skin condition within your peer group. We then prepare your personal skin care regime and rejuvenation program. $100 per treatment

### Lash & Brow Tinting

A wonderful service to enhance light lashes/brows quickly and easily. The treatment begins with gentle cleansing followed by applying a dark tint. The lashes/brows will retain color for up to 1 month. $25 per treatment

### Waxing

A warm wax and muslin technique to temporarily remove unwanted hair from the body. This procedure is not recommended if using products containing Retin-A, Acutane or if the area is sunburned. 30 minutes per area.
Treatments range from $12 to $30

### Pelleve

Pelleve is a radio frequency skin treatment. It is for mild to moderate facial wrinkles for certain skin types. It is especially great for looking amazing for special occasions. There is no down time and can be done on the same day as your event.
Call for pricing
For more information, visit our website at:
www.fingerandassociates.com



# Facial Treatments

## Facials

Begin your journey to beautiful skin with a thorough cleansing and gentle facial massage. Next, your skin is exfoliated and prepared for removal of impurities. A mask specific to your skin type is used, followed by a moisturizing treatment.

*$70 for a 1 hour treatment. Add $25 for an oxygen treatment for additional hydration*

## Skin Master

A particle-free, non-invasive machine treatment. Ultrasonic waves combined with water gently cleanse, exfoliate and remove impurities from the skin for outstanding beauty results. This technology also allows for moisturizers to penetrate more deeply into the skin for optimum benefits.

*$85 per treatment. (packages available)*

## Perfect Peel

A 35% non-buffered glycolic acid peel (AHA) without the irritation only taking a few minutes out of your day. So gentle and effective, women immediately reapply makeup, if desired. This is a wonderful adjunct to the New Youth Skin Treatment skin care line. The program begins with 5 initial treatments every 10 to 14 days and monthly maintenance thereafter. *$65 per treatment*

## Deep Pore Cleansing With Skin Master

A modified Skin Master treatment combined with a steam treatment, facial massage, and the Perfect Peel. Please allow 1 hour for this treatment. *$85 per treatment.*

## Sensitive Skin

A custom designed facial for those who have Rosacea, spider veins and sun damaged skin that is sensitive. *$75 per treatment*

## Blue Peel

A blue solution is mixed with Trichloracetic Acid (TCA) to insure an even peel. The application will lead to the removal of thin surface layers of aged and damaged skin. Layers of dead skin are exfoliated and replaced by healthier cells, allowing the skin's own clarity and tightness to resurface. Can treat face, neck, chest, arms and hands. Please allow 1 1/2 hours for this treatment. *Call for prices*

# Facial Treatments

## Acne Facial

This is a deep pore cleansing with the skin master and adding medical needling to the procedure. Please allow 1 hour for this treatment. *$105.00 per treatment*

# Laser & Light Treatments

## Laser Hair Reduction

A non-invasive laser designed to eliminate undesired hair from the body. A pulse of light is delivered to the skin through a chilled hand-piece allowing the light to penetrate the skin and damage the root of the unwanted hair. 4 to 8 sessions are usually required. Blonde or grey hair needs to be pre-treated in order to be effective. *Priced according to area(s) being treated*

## Tructive Laser (cellulite therapy)

A FDA approved laser system in which a deep mechanical massaging action is applied to the tissue below your skin, resulting in a tighter appearance. This treatment is not painful and not as strenuous as a traditional massage. It smooths and tightens areas with cellulite on the legs, buttocks, stomach, arms and back. *Call for prices*

## Genesis Laser Treatment

After the skin is gently cleansed with the Skinmaster to remove dead skin and flush out the pores, a high frequency laser beam is uniformly applied over the entire face and neck. This treatment will close enlarged pores, "plump up" fine lines as well as stimulate collagen growth, giving a more youthful, hydrated and healthier looking skin. *Call for prices*

## Laser for Toe Fungus

The Cutera Laser Genesis is now FDA approved for treatment of toenail fungus. Appointments are three weeks apart, and it may take from 4 to 8 treatments. Treatments take about 15 minutes and are painless. There is no down-time. *Call for prices*

# Laser & Light Treatments

## Fraxel Dual Laser Treatment

Designed to treat pigmentation spots, melasma, age spots, actinic keratoses, fine wrinkles, large pores and more. The Fraxel can treat any color skin and any part of the body. The Dual is two lasers in one and allows many of the benefits of more invasive laser resurfacing without the downtime and lengthy recovery. Fraxel's produce thousands of tiny, but deep microthermal columns. The skin between the columns is unaffected and intact, so the skin heals much faster. Each treatment targets between 20 to 25% of the skins surface. 3 to 5 sessions will be needed, spaced about 4 weeks apart. Optimal improvement is usually visible in about 2 to 3 months *Call for prices.*

## Fraxel Repair Laser Treatment

A more aggressive treatment than above with the use of a $CO_2$ laser. This treatment is usually for those ages 45 and up who want tightening of the skin. Only 1 treatment is needed; therefore, expect a lengthy recovery period (about 10 to 14 days) *Call for prices.*

## Laser Vein Therapy

A light energy is delivered through a laser hand-piece targeting the spider vein in a series of brief pulses. The light energy is absorbed by the blood vessels causing a coagulation effect, allowing the vessels to be reabsorbed by the body. *Call for prices*

## IPL Light Treatment

Treatments are performed with a non-invasive medical system that uses intense pulsed light therapy to reduce melanin, the dark pigment in your skin. The light energy is gently delivered to your skin in pulses through a controlled hand piece. Areas treated will gradually fade and slowly disappear. Multiple treatments may be required, scheduled 4 to 8 weeks apart. Can treat freckles, age spots, rosacea, spider veins and more. *Call for prices.*

www.newyouthmedicalspa.com

# EXHIBIT "D"



The Perfect Peel                                                          Page 1 of 1



My Account  |  ,  Shopping Basket (0)

HOME        ABOUT        PRODUCTS        NEWS        CONTACT US



# PERFECTION:
## THE FUTURE OF
# SKIN
## REJUVENATION

**THE PERFECT SOLUTION**          **WHAT'S NEW**          **FIND THE PERFECT PEEL**

The Perfect                    The Ultimate            Find a Spa or Medical Professional
Peel                           Antioxidant!            Simply enter your zip code to find a location near
The Perfect's                  As we age, our Glutathione   you...
Peel will                      levels are depleted due to
rejuvenate                     sun exposure, air
your skin and                  pollutants and
leave it looking               environmental stress. The
                                                          ZIP CODE                    Subm
SEE ALL PRODUCTS ▸             MORE NEWS ▸

**Customer Care**        **About Us**        **My Account**        **Professionals**
Contact Us               About Us            My Account           Register
Shipping Information      News                My Profile           Rx Products
Return Policy            Testimonials         My Orders
                        FAQ'S                                     **Connect**
                                                                  Join Us!    ENTER EMAIL ADDRESS
                                                                              Subm

Copyright © 2011 theperfectpeel.com. All rights reserved. |  Privacy  |  Terms & Conditions

The Perfect Peel is compounded by:
Seagram Pharmacy | Beverly Hills, CA 90211 for Bella Medical Products

About Us - The Perfect Peel

Page 1 of 1



My Account  |   Shopping Basket (0)

HOME      ABOUT      PRODUCTS      NEWS      CONTACT US

HOME  |  ABOUT US

## ABOUT US

Bella Medical is a cutting-edge player in the Cosmetic Medical Arena. The company advocates the practice of less-invasive cosmetic medicine by providing a deep portfolio of innovative skin products, technologies and services across the Cosmetic Industry. The Company's products help Plastic Surgeons, Dermatologists, Cosmetic Physicians and other medical professionals improve their patients' quality of life by providing alternatives to surgery while achieving ageless skin. Bella Medical founds itself on featuring the premium skin treatment "The Perfect Peel" in the marketplace. This exclusive formula along with "The Perfect Solution" skincare product line allows Bella Medical to provide ultimate perfection to patient skin and premieres a new future for skin transformation. Perfect skin is just a peel away.

The company is headquartered in Beverly Hills, CA.



**THE PERFECT SOLUTION**

**The Perfect Peel**
The Perfect's Peel will rejuvenate your skin and leave it looking

SEE ALL PRODUCTS ▸

**WHAT'S NEW**

**The Ultimate Antioxidant!**
As we age, our Glutathione levels are depleted due to sun exposure, air pollutants and environmental stress. The

MORE NEWS ▸

**FIND THE PERFECT PEEL**

Find a Spa or Medical Professional
Simply enter your zip code to find a location near you...

ZIP CODE                Subn

**Customer Care**
Contact Us
Shipping Information
Return Policy

**About Us**
About Us
News
Testimonials
FAQ'S

**My Account**
My Account
My Profile
My Orders

**Professionals**
Register
Rx Products

**Connect**
Join Us!     ENTER EMAIL ADDRESS
             Subr

Copyright © 2011 theperfectpeel.com. All rights reserved. | Privacy |  Terms & Conditions

The Perfect Peel is compounded by:
Seagrass Pharmacy | Beverly Hills, CA 90211 for Bella Medical Products

http://theperfectpeel.com/about-us.php

12/7/2012

The Perfect Peel



My Account  |   Shopping Basket (0)

HOME        ABOUT        PRODUCTS        NEWS        CONTACT US

HOME | PRODUCTS

THE PERFECT PEEL

The Results Are Amazing!



The Perfect Peel                                                                 Page 1 of 2



My Account | . Shopping Basket (0)

HOME        ABOUT        PRODUCTS        NEWS        CONTACT US

HOME | NEWS

## NEWS

**PRESS**

click on the thumbnail or title below to read the full article.



**The Perfect Peel - Live Demonstration**
*Featured at the AAAMS Conference*



**Peel today, glow tomorrow | Project Beauty**
*The Perfect Peel featured in Project Beauty*



**How To Use The Perfect Peel**
*Step by Step instructions for The Perfect Peel*



**The Perfect Peel Featured on ABC**
*The Perfect Peel was rated one of the top 3 new products!*



**The Ultimate Antioxidant**
*Glutathione in the perfect peel!*

**PRESS RELEASES**

Jan 24, 2012      Bella Medical launches The Perfect Peel in Beverly Hills

Jan 24, 2012      Glutathione: The Miracle Antioxidant- Article by Suzanne Somers

**THE PERFECT SOLUTION**

**The Perfect Peel**
The Perfect's Peel will rejuvenate your skin and leave it looking

SEE ALL PRODUCTS ▸

**WHAT'S NEW**

**The Ultimate Antioxidant**
As we age, our Glutathione levels are depleted due to sun exposure, air pollutants and environmental stress. The

MORE NEWS ▸

**FIND THE PERFECT PEEL**

Find a Spa or Medical Professional
Simply enter your zip code to find a location near you...

ZIP CODE                          Subm

# The Perfect Peel

**Customer Care**
Contact Us
Shipping Information
Return Policy

**About Us**
About Us
News
Testimonials
FAQ'S

**My Account**
My Account
My Profile
My Orders

**Professionals**
Register
Rx Products

**Connect**

Join Us!   ENTER EMAIL ADDRESS
Subs

Copyright © 2011 theperfectpeel.com. All rights reserved. | Privacy | Terms & Conditions

The Perfect Peel is compounded by:
Seagrass Pharmacy | Beverly Hills, CA 90211 for Bela Medical Products

The Perfect Peel



My Account  |  Shopping Basket (0)

HOME      ABOUT      PRODUCTS      NEWS      CONTACT US

HOME | CONTACT US

## CONTACT US

Please contact us at
**855.300.PEEL (7335) Toll Free**
**310.220.6373 Fax**

Sales Inquiries: **sales@theperfectpeel.com**

Customer Service: **info@theperfectpeel.com**

Order Inquiries: **orders@theperfectpeel.com**

Blog: **blog.theperfectpeel.com**

Contact us for a sales representative in your area.

For International Distribution please call our Toll Free number or email Customer Service.

The Perfect Peel is compounded by:

**Bella Medical Products | Beverly Hills, CA 90211**



### THE PERFECT SOLUTION

**The Perfect Peel**
The Perfect's Peel will rejuvenate your skin and leave it looking
SEE ALL PRODUCTS ▶

### WHAT'S NEW

**The Ultimate Antioxidant!**
As we age, our Glutathione levels are depleted due to sun exposure, air pollutants and environmental stress. The
MORE NEWS ▶

### FIND THE PERFECT PEEL

**Find a Spa or Medical Professional**
Simply enter your zip code to find a location near you...

ZIP CODE              Subm

**Customer Care**
Contact Us
Shipping Information
Return Policy

**About Us**
About Us
News
Testimonials
FAQ'S

**My Account**
My Account
My Profile
My Orders

**Professionals**
Register
Rx Products

**Connect**
Join Us!    ENTER EMAIL ADDRESS    Subm

Copyright © 2011 theperfectpeel.com. All rights reserved. | Privacy | Terms & Conditions

The Perfect Peel is compounded by:
Seagrass Pharmacy | Beverly Hills, CA 90211 for Bella Medical Products

http://theperfectpeel.com/contact-us.php

12/7/2012

# EXHIBIT "E"



**BAKER**
**DONELSON**
BEARMAN, CALDWELL
& BERKOWITZ, PC

MONARCH PLAZA, SUITE 1600
3414 PEACHTREE ROAD NE
ATLANTA, GEORGIA 30326
PHONE: 404-577-6000
FAX: 404-221-6501

www.bakerdonelson.com

CARL M. DAVIS II
Direct Dial: 678-406-8703
E-Mail Address: cdavis@bakerdonelson.com

May 30, 2012

Nafeh Sebai                                        Via Federal Express No.  793622376560
Bella Medical Products
8844 W Olympic Blvd. #200
Beverly Hills, CA 90211

       Re:    Trademark PERFECT PEEL and Americeuticals, LLC
              Our file:  2171300-12

Dear Mr. Sebai:

       Our firm represents Americeuticals, LLC with respect to its intellectual property matters.

       Our client has long sold a skin care treatment kit under the mark PERFECT PEEL.  The kit of solutions was developed by a principal of our client, and the kit has been sold to customers since at least as early as October 2000 under the mark PERFECT PEEL.

       The mark PERFECT PEEL has come to identify the products of Americeuticals, and the client now enjoys valuable goodwill attached to that mark as an indicator of source of these products.  That goodwill is important to our client, and it is equally important that the company not permit a use of the mark or name by others in such a way as to cause a likelihood of confusion as to the sponsorship or affiliation with Americeuticals of such products or delivery of similar or related services.

       In recognition of that goodwill, our client, by and through its predecessor in interest, sought and obtained U.S. Trademark Reg. No. 3,530,632 for its mark, for facial treatment kit, comprised of pre-peel cleanser, pre-peel conditioner, peel lotion, peel neutralizer, and post-peel moisturizer.

       Our client recently became aware that your company is using the identical mark PERFECT PEEL in connection with providing a skin rejuvenation product.  Your company is also using the mark PERFECT PEEL on the web site **www.theperfectpeel.com** in promoting these goods.

       Because the mark PERFECT PEEL is identical, and the goods provided by your company are so related to the goods of our client, consumers are likely to be confused that your skin care products (and services you may be offering in association with those goods) are associated with, sponsored by, or approved by our client.

       The use of the mark PERFECT PEEL for the skin care treatment products sold by your accordingly is likely to cause confusion, mistake, or deception of customers or prospective customers in view of the long prior use by our client of its PERFECT PEEL mark for these goods.  Your use of the

Nafeh Sebai
May 30, 2012
Page 2

mark PERFECT PEEL is an infringement of our client's proprietary rights in its mark and is a violation of both federal and state laws. More specifically, your actions constitute violation of § 43(a) of the federal Lanham Act (15 U.S.C. § 1125(a)) as well as violation of Georgia trademark statutory rights and common law trademark rights.

We therefore demand that you immediately agree to the following:

1. cease and desist using the mark and name PERFECT PEEL, or any variation thereof, in connection with any of the goods or services you offer to consumers;

2. execute and deliver to us an assignment to our client of the domain name **www.theperfectpeel.com** and authorization to transfer the domain name;

3. destruction of all products and all printed materials including brochures, flyers, and advertisements, bearing the mark PERFECT PEEL, and provide a certification as to such destruction including the number of products and printed materials, the date, and the name of the person(s) performing such destruction; and

4. an accounting of all units sold and revenues derived from your sales of product under the mark PERFECT PEEL, so that we may determine a damages payment in settlement of your infringing activities arising from your use of our client's trademark.

We believe that resolving this matter in the near future will be beneficial to both you and our client. Should you or your attorney need additional information, please contact me. We expect to receive timely assurances that you agree to the proposed resolution of this matter.

Very truly yours,

Carl M. Davis II

CMD:mgl
Enclosures

cc:   Dr. E. Ronald Finger

A CMD 2350285 v1
2171300-000015 05/23/2012

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**NOTICE OF ASSIGNMENT TO UNITED STATES MAGISTRATE JUDGE FOR DISCOVERY**

This case has been assigned to District Judge Percy Anderson and the assigned discovery Magistrate Judge is John E. McDermott.

The case number on all documents filed with the Court should read as follows:

## CV13- 283 PA (JEMx)

Pursuant to General Order 05-07 of the United States District Court for the Central District of California, the Magistrate Judge has been designated to hear discovery related motions.

All discovery related motions should be noticed on the calendar of the Magistrate Judge

=  =  =  =  =  =  =  =  =  =  =  =  =  =  =  =  =  =  =  =  =  =  =  =  =  =  =  =  =  =  =  =  =  =  =  =  =  =  =

**NOTICE TO COUNSEL**

*A copy of this notice must be served with the summons and complaint on all defendants (if a removal action is filed, a copy of this notice must be served on all plaintiffs).*

Subsequent documents must be filed at the following location:

| [ ] **Western Division**<br>312 N. Spring St., Rm. G-8<br>Los Angeles, CA 90012 | [ ] **Southern Division**<br>411 West Fourth St., Rm. 1-053<br>Santa Ana, CA 92701-4516 | [ ] **Eastern Division**<br>3470 Twelfth St., Rm. 134<br>Riverside, CA 92501 |
|---|---|---|

Failure to file at the proper location will result in your documents being returned to you.

David L. Evans, Esq. (SBN: 155634)
Rebecca L. Worden, Esq. (SBN: 270464)
HAMRICK & EVANS, LLP
111 Universal Hollywood Drive, Suite 2200
Universal City, CA 91608
(818) 763-5292/Fax: (818) 763-2308

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMERICEUTICALS, LLC, a Georgia Limited Liability Company; VITALITY INSTITUTE MEDICAL PRODUCTS, INC., a Florida Limited Liability Company<br><br>v.<br><br>PLAINTIFF(S) | CASE NUMBER<br><br>CV13-00283 _PA (JEMx)_ |
| NEFEH SEBAI, an individual; BELLA MEDICAL PRODUCTS, LLC, a Delaware Limited Liability Company; SEAGRASS PHARMACY, a business entity form unknown; and DOES 1 through 10, inclusive<br><br>DEFENDANT(S). | SUMMONS |

TO:     DEFENDANT(S):

A lawsuit has been filed against you.

Within   21   days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached ☒ complaint ☐ _____ amended complaint ☐ counterclaim ☐ cross-claim or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, David L. Evans, Esq., whose address is 111 Universal Hollywood Drive, Suite 2200, Universal City, CA 91608 and Thomas A. Hodge, Esq., of Baker, Donelson, Bearman, Caldwell & Berkowitz, PC, 265 Brookview Centre Way, Suite 600, Knoxville, TN 37919. If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Clerk, U.S. District Court

Dated:   JAN 1 4 2013                           MARILYN DA...

By: _____
                    Deputy Clerk

                    *(Seal of the Court)*

*[Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States. Allowed 60 days by Rule 12(a)(3)].*

---

American LegalNet, Inc.
www.FormsWorkFlow.com

**UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA**

CIVIL COVER SHEET

**I (a) PLAINTIFFS** (Check box if you are representing yourself ☐)
AMERICEUTICALS, LLC, a Georgia Limited Liability Company; VITALITY INSTITUTE MEDICAL PRODUCTS, INC., a Florida Limited Liability Company

**DEFENDANTS**
SEBAI, NAFEH, an individual; BELLA MEDICAL PRODUCTS, LLC, a Delaware Limited Liability Company; SEAGRASS PHARMACY, a business entity form unknown; and DOES 1 through 10, inclusive

**(b)** Attorneys (Firm Name, Address and Telephone Number. If you are representing yourself, provide same.)
David L. Evans, Esq. (SBN: 155634)
Rebecca L. Worden, Esq. (SBN: 270464)
HAMRICK & EVANS, LLP
111 Universal Hollywood Drive, Suite 2200
Universal City, CA 91608
(818) 763-5292/(818) 763-2308  - SEE ATTACHMENT

Attorneys (If Known)

**II. BASIS OF JURISDICTION** (Place an X in one box only.)

☐ 1 U.S. Government Plaintiff   ☒ 3 Federal Question (U.S. Government Not a Party)

☐ 2 U.S. Government Defendant   ☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES** - For Diversity Cases Only
(Place an X in one box for plaintiff and one for defendant.)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business in this State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business in Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

**IV. ORIGIN** (Place an X in one box only.)

☒ 1 Original Proceeding   ☐ 2 Removed from State Court   ☐ 3 Remanded from Appellate Court   ☐ 4 Reinstated or Reopened   ☐ 5 Transferred from another district (specify):   ☐ 6 Multi-District Litigation   ☐ 7 Appeal to District Judge from Magistrate Judge

**V. REQUESTED IN COMPLAINT: JURY DEMAND:** ☒ Yes ☐ No (Check 'Yes' only if demanded in complaint.)

**CLASS ACTION under F.R.C.P. 23:** ☐ Yes ☒ No   ☒ **MONEY DEMANDED IN COMPLAINT: $** 1,000,000.00

**VI. CAUSE OF ACTION** (Cite the U. S. Civil Statute under which you are filing and write a brief statement of cause. Do not cite jurisdictional statutes unless diversity.)
USC 15 & 1114

**VII. NATURE OF SUIT** (Place an X in one box only.)

| OTHER STATUTES | CONTRACT | TORTS PERSONAL INJURY | TORTS PERSONAL PROPERTY | PRISONER PETITIONS | LABOR |
|---|---|---|---|---|---|
| ☐ 400 State Reapportionment | ☐ 110 Insurance | ☐ 310 Airplane | ☐ 370 Other Fraud | ☐ 510 Motions to Vacate Sentence Habeas Corpus | ☐ 710 Fair Labor Standards Act |
| ☐ 410 Antitrust | ☐ 120 Marine | ☐ 315 Airplane Product Liability | ☐ 371 Truth in Lending | ☐ 530 General | ☐ 720 Labor/Mgmt. Relations |
| ☐ 430 Banks and Banking | ☐ 130 Miller Act | ☐ 320 Assault, Libel & Slander | ☐ 380 Other Personal Property Damage | ☐ 535 Death Penalty | ☐ 730 Labor/Mgmt. Reporting & Disclosure Act |
| ☐ 450 Commerce/ICC Rates/etc. | ☐ 140 Negotiable Instrument | ☐ 330 Fed. Employers' Liability | ☐ 385 Property Damage Product Liability | ☐ 540 Mandamus/ Other | ☐ 740 Railway Labor Act |
| ☐ 460 Deportation | ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 340 Marine | **BANKRUPTCY** | ☐ 550 Civil Rights | ☐ 790 Other Labor Litigation |
| ☐ 470 Racketeer Influenced and Corrupt Organizations | ☐ 151 Medicare Act | ☐ 345 Marine Product Liability | ☐ 22 Appeal 28 USC 158 | ☐ 555 Prison Condition | ☐ 791 Empl. Ret. Inc. Security Act |
| ☐ 480 Consumer Credit | ☐ 152 Recovery of Defaulted Student Loan (Excl. Veterans) | ☐ 350 Motor Vehicle | ☐ 423 Withdrawal 28 USC 157 | **FORFEITURE / PENALTY** | **PROPERTY RIGHTS** |
| ☐ 490 Cable/Sat TV | | ☐ 355 Motor Vehicle Product Liability | **CIVIL RIGHTS** | ☐ 610 Agriculture | ☐ 820 Copyrights |
| ☐ 810 Selective Service | ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 360 Other Personal Injury | ☐ 441 Voting | ☐ 620 Other Food & Drug | ☐ 830 Patent |
| ☐ 850 Securities/Commodities/ Exchange | ☐ 160 Stockholders' Suits | ☐ 362 Personal Injury- Med Malpractice | ☐ 442 Employment | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☒ 840 Trademark |
| ☐ 875 Customer Challenge 12 USC 3410 | ☐ 190 Other Contract | ☐ 365 Personal Injury- Product Liability | ☐ 443 Housing/Acco- mmodations | | **SOCIAL SECURITY** |
| ☐ 890 Other Statutory Actions | ☐ 195 Contract Product Liability | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 444 Welfare | ☐ 630 Liquor Laws | ☐ 61 HIA(1395ff) |
| ☐ 891 Agricultural Act | ☐ 196 Franchise | | ☐ 445 American with Disabilities – Employment | ☐ 640 R.R.& Truck | ☐ 862 Black Lung (923) |
| ☐ 892 Economic Stabilization Act | **REAL PROPERTY** | **IMMIGRATION** | | ☐ 650 Airline Regs | ☐ 863 DIWC/DIWW 405(g)) |
| ☐ 893 Environmental Matters | ☐ 210 Land Condemnation | ☐ 462 Naturalization Application | ☐ 446 American with Disabilities – Other | ☐ 660 Occupational Safety /Health | ☐ 864 SSID Title XVI |
| ☐ 894 Energy Allocation Act | ☐ 220 Foreclosure | ☐ 463 Habeas Corpus- Alien Detainee | ☐ 440 Other Civil Rights | ☐ 690 Other | ☐ 865 RSI (405(g)) |
| ☐ 895 Freedom of Info. Act | ☐ 230 Rent Lease & Ejectment | ☐ 465 Other Immigration Actions | | | **FEDERAL TAX SUITS** |
| ☐ 900 Appeal of Fee Determi- nation Under Equal Access to Justice | ☐ 240 Torts to Land | | | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) |
| ☐ 950 Constitutionality of State Statutes | ☐ 245 Tort Product Liability | | | | ☐ 871 IRS-Third Party 26 USC 7609 |
| | ☐ 290 All Other Real Property | | | | |

**FOR OFFICE USE ONLY:** Case Number: CV13 - 00283

AFTER COMPLETING THE FRONT SIDE OF FORM CV-71, COMPLETE THE INFORMATION REQUESTED BELOW.

American LegalNet, Inc.
www.FormsWorkflow.com

**UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA**
CIVIL COVER SHEET

**VIII(a). IDENTICAL CASES:** Has this action been previously filed in this court and dismissed, remanded or closed?  ☒ No ☐ Yes
If yes, list case number(s): _____

**VIII(b). RELATED CASES:** Have any cases been previously filed in this court that are related to the present case?  ☒ No ☐ Yes
If yes, list case number(s): _____

Civil cases are deemed related if a previously filed case and the present case:

(Check all boxes that apply)   ☐ A. Arise from the same or closely related transactions, happenings, or events; or
☐ B. Call for determination of the same or substantially related or similar questions of law and fact; or
☐ C. For other reasons would entail substantial duplication of labor if heard by different judges; or
☐ D. Involve the same patent, trademark or copyright, and one of the factors identified above in a, b or c also is present.

**IX. VENUE:** (When completing the following information, use an additional sheet if necessary.)

(a)   List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which EACH named plaintiff resides.
☐ Check here if the government, its agencies or employees is a named plaintiff. If this box is checked, go to item (b).

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
|  | Georgia, Florida |

(b)   List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which EACH named defendant resides.
☐ Check here if the government, its agencies or employees is a named defendant. If this box is checked, go to item (c).

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| Los Angeles | Delaware |

(c)   List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which EACH claim arose.
Note: In land condemnation cases, use the location of the tract of land involved.

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| Los Angeles | |

* Los Angeles, Orange, San Bernardino, Riverside, Ventura, Santa Barbara, or San Luis Obispo Counties
Note: In land condemnation cases, use the location of the tract of land involved.

X. SIGNATURE OF ATTORNEY (OR PRO PER): _____   Date   January 11, 2012

David L. Evans, Esq.

Notice to Counsel/Parties: The CV-71 (JS-44) Civil Cover Sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law. This form, approved by the Judicial Conference of the United States in September 1974, is required pursuant to Local Rule 3 -1 is not filed but is used by the Clerk of the Court for the purpose of statistics, venue and initiating the civil docket sheet. (For more detailed instructions, see separate instructions sheet.)

Key to Statistical codes relating to Social Security Cases:

| Nature of Suit Code | Abbreviation | Substantive Statement of Cause of Action |
|---|---|---|
| 861 | HIA | All claims for health insurance benefits (Medicare) under Title 18, Part A, of the Social Security Act, as amended. Also, include claims by hospitals, skilled nursing facilities, etc., for certification as providers of services under the program. (42 U.S.C. 1935FF(b)) |
| 862 | BL | All claims for "Black Lung" benefits under Title 4, Part B, of the Federal Coal Mine Health and Safety Act of 1969. (30 U.S.C. 923) |
| 863 | DIWC | All claims filed by insured workers for disability insurance benefits under Title 2 of the Social Security Act, as amended; plus all claims filed for child's insurance benefits based on disability. (42 U.S.C. 405(g)) |
| 863 | DIWW | All claims filed for widows or widowers insurance benefits based on disability under Title 2 of the Social Security Act, as amended. (42 U.S.C. 405(g)) |
| 864 | SSID | All claims for supplemental security income payments based upon disability filed under Title 16 of the Social Security Act, as amended. |
| 865 | RSI | All claims for retirement (old age) and survivors benefits under Title 2 of the Social Security Act, as amended. (42 U.S.C. (g)) |

American LegalNet, Inc.
www.FormsWorkflow.com

# ADDENDUM TO CIVIL CASE COVER SHEET

Additional Counsel for Plaintiff AMERICEUTICALS, LLC:

Thomas A. Hodge, Esq. (Tennessee BRP No. 002074)
**BAKER DONELSON, BEARMAN,
CALDWELL & BERKOWITZ, PC**
265 Brookview Centre Way, Suite 600
Knoxville, TN 37919